# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN P. HA, | ) | No. ED CV 12-2258-VBF (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| L.J. MILOSNIC, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order adopting magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow Court orders.

DATED: July 30, 2013

*Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE