1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

### EASTERN DIVISION

11

12 | JOHN P. HA,                    ) No. ED CV 12-2258-VBF (PLA)
                                   )
13 |          Plaintiff,           ) **JUDGMENT**
                                   )
14 |       v.                      )
                                   )
15 | L.J. MILOSNIC, <u>et</u> <u>al.</u>,         )
                                   )
16 |          Defendants.          )
                                   )
17

18        Pursuant to the order adopting magistrate judge's report and recommendation, IT IS

19  ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow Court

20  orders.

21                                    *Valerie Baker Fairbank*

22  DATED:  July 30, 2013
                                    _____
23                                    HONORABLE VALERIE BAKER FAIRBANK
                                      SENIOR UNITED STATES DISTRICT JUDGE

24
25
26
27
28